

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:25-cr-175
      33 U.S.C. § 1311(a)
      33 U.S.C. § 1319(c)(1)(A)

DENNIS EUGENE WEST
GADSDEN, GAILLARD AND WEST LLC

INFORMATION

The Acting United States Attorney Charges:

BACKGROUND OF THE CLEAN WATER ACT

At all relevant times to this Information:

1. The Federal Water Pollution Control Act, 33 U.S.C. § 1251 et. seq. (hereinafter referred to as the "Clean Water Act"), was enacted by Congress to restore and maintain the chemical, physical and biological quality of the nation's waters.

2. The Clean Water Act, and the regulations promulgated pursuant thereto, prohibited the discharge of any pollutant from a point source into the waters of the United States except in compliance with a permit issued pursuant to the Clean Water Act under the National Pollution Discharge Elimination System

("NPDES") by the United States Environmental Protection Agency ("EPA") or an authorized state, 33 U.S.C. §§ 1311(a) and 1342.

## BACKGROUND OF DEFENDANTS

3. Defendant DENNIS EUGENE WEST was a resident of South Carolina. He was an employee of defendant GADSDEN, GAILLARD AND WEST LLC, a limited liability company organized in South Carolina in and around 2017.

4. Defendant DENNIS EUGENE WEST was acting within the scope of his employment and for the benefit of defendant GADSDEN, GAILLARD AND WEST LLC, when defendant DENNIS EUGENE WEST operated a tractor trailer within the scope of his employment with defendant GADSDEN, GAILLARD AND WEST LLC on Interstate 77 in West Virginia on August 24, 2022. The tractor trailer contained approximately twelve 275-gallon totes of an industrial chemical product containing alkyl dimethylamine.

5. Alkyl dimethylamine was used in cleaning products and was classified as a corrosive material and marine pollutant by its manufacturer, based on Department of Transportation rules and regulations.

## THE NEGLIGENT DISCHARGE OF A POLLUTANT INTO WATERS OF THE UNITED STATES

6. At or near 11:36 p.m. on August 24, 2022, defendant DENNIS EUGENE WEST crashed the tractor trailer while driving in the northbound lane of Interstate 77 on or about mile marker 62.5, a location known as the Skitter Creek Bridge, in Fayette County, West Virginia.

7. At the time of the crash, defendant DENNIS EUGENE WEST operated the tractor trailer under the influence of alcohol. Defendant DENNIS EUGENE WEST consented to a breathalyzer test and a blood test, both of which indicated his Blood Alcohol Content (BAC) was more than 0.08 percent.

8. All drivers in West Virginia are considered to be driving under the influence if their BAC is 0.08 percent or higher pursuant to W.VA Code § 17C-5-2(a)(1)(E). In addition, West Virginia law prohibits any person from operating a commercial motor vehicle with a BAC at or above 0.04 percent pursuant to W.Va. Code § 17E-1-14(a).

9. As a direct and proximate result of the crash of the tractor trailer operated by defendant DENNIS EUGENE WEST within the scope of his employment with defendant GADSDEN, GAILLARD AND WEST LLC, on or about August 24, 2022, numerous totes containing

3

the alkyl dimethylamine ruptured, and pollutants spilled onto the Skitter Creek Bridge and ultimately discharged into Paint Creek. The discharge of pollutants, including alkyl dimethylamine, into Paint Creek continued until on or about August 25, 2022.

10. The direct and proximate result of the discharge of pollutants, including alkyl dimethylamine, into Paint Creek temporarily caused adverse impacts to the aquatic life of the creek, including the killing of several species of fish.

11. Paint Creek was a perennial stream, a tributary of the Kanawha River, and a water of the United States.

12. Defendants DENNIS EUGENE WEST and GADSDEN, GAILLARD AND WEST LLC, did not have in August 2022, or at any time, a permit issued pursuant to the federal Clean Water Act to discharge pollutants, including alkyl dimethylamine, into Paint Creek or any other water in West Virginia.

13. From on or about August 24, 2022, to on or about August 25, 2022, at or near Fayette County, West Virginia, within the Southern District of West Virginia, defendants DENNIS EUGENE WEST and GADSDEN, GAILLARD AND WEST LLC, did negligently discharge and caused the discharge of a pollutant, including alkyl dimethylamine, from a point source into Paint Creek, a water of

the United States, without a permit issued pursuant to the Clean Water Act.

In violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).

                        UNITED STATES OF AMERICA

                        LISA G. JOHNSTON
                        Acting United States Attorney

By: _____
                        ERIK GOES
                        Assistant United States Attorney

                  _____
                        DAVID LASTRA
                        Special Assistant U.S. Attorney