**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                             CRIMINAL NO. 2:25-cr-00175

**DENNIS EUGENE WEST
GADSDEN, GAILLARD AND WEST LLC**

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

        Respectfully submitted,

        LISA G. JOHNSTON
        Acting United States Attorney

By:
        s/Erik S. Goes
        ERIK S. GOES
        Assistant United States Attorney
        WV State Bar No. 6893
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone: 304-345-2200
        Fax: 304-347-5104
        E-mail: erik.goes@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 6th day of October 2025, to:

        Gerald M. Titus, III
        Spillman Thomas & Battle
        300 Kanawha Boulevard, East
        Charleston, WV 25301
        E-mail: gtitus@spilmanlaw.com

        s/Erik S. Goes
        ERIK S. GOES
        Assistant United States Attorney
        WV State Bar No. 6893
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone: 304-345-2200
        Fax: 304-347-5104
        E-mail: erik.goes@usdoj.gov