**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**


UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 CRIMINAL ACTION NO. 2:25-cr-00175

DENNIS EUGENE WEST and
GADSDEN, GAILLARD AND WEST LLC,

        Defendants.


**ORDER**


The Court has reviewed the motion of the United States to schedule a guilty plea hearing in this matter. For good cause shown, the Court **ORDERS** that the motion (Document 6) be **GRANTED** and that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **Thursday, October 9, 2025, at 10:00 a.m.**, as to both Defendants.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendants and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                ENTER:        October 7, 2025

                           IRENE C. BERGER
                    UNITED STATES DISTRICT JUDGE
              SOUTHERN DISTRICT OF WEST VIRGINIA