# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 10/9/2025 | Case Number: | 2:25-cr-00175-2 |
| Case Style: | USA vs. Gadsden, Gaillard and West LLC | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:

David Lastra & Erik Goes

Attorney(s) for the Defendant(s):

Gerald Titus, III

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:01 AM | 10:56 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 55 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:01 a.m.

Company Defendant appearing by individual (Mr. West) and by counsel.
Counsel note appearances on the record.
Defendant placed under oath.
Mr. Titus advises that Mr. West is a member of the company.
Mr. West advises that he is authorized to enter a plea on behalf of the company.
Court notes the obligation of the United States to disclose exculpatory evidence.
Court FINDS Defendant competent to go forward.
Mr. Lastra summarizes plea agreement.
Court DEFERS acceptance of plea agreement but ORDERS original plea agreement filed.
Defendant waives reading of Information.
Defendant pleads guilty to charge in single-count Information.
Court reads statutes with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Company Defendant gives its account of the offense via Mr. West.
Government provides a proffer re: factual basis for the plea.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Company Defendant executes written guilty plea form; same ORDERED filed.
Court FINDS Defendant is competent and capable of entering an informed plea.
Court FINDS sufficient factual basis for Defendant's plea.
Court FINDS that Defendant understands the consequences of the plea.
Court FINDS that Defendant understands the rights being given up.
Court FINDS Defendant's plea to be voluntary.
Court ACCEPTS plea.
Court ADJUDGES Defendant guilty.
Sentencing SCHEDULED for January 29, 2026, at 10:00 a.m.
Company Defendant RELEASED on bond pending sentencing.
Court recessed at 10:56 a.m.